UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1429
(1:16-cv-01503-LMB-IDD)
(11-11413-KHK)
(15-01030-KHK)

_____

HIGHLAND CONSTRUCTION MANAGEMENT SERVICES, LP; JOSEPH L. BANE, JR.

        Debtors - Appellants

v.

WELLS FARGO BANK, N.A., for the benefit of Jerome Guyant IRA

        Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:16-cv-01503-LMB-IDD<br>11-11413-KHK<br>15-01030-KHK |
| Date notice of appeal filed in originating court: | 04/04/2017 |
| Appellant (s) | HIGHLAND CONSTRUCTION MANAGEMENT SERVICES, LP; JOSEPH L. BANE, JR. |
| Appellate Case Number | 17-1429 |
| Case Manager | T. Fischer<br>804-916-2704 |