UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 17-1429 as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Wells Fargo Bank, N.A., f/b/o Jerome Guyant IRA

_____ as the
(party name)

[ ] appellant(s)  [✔] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_(signature)_

Neil D. Goldman
Name (printed or typed)

Goldman & Van Beek, P.C.
Firm Name (if applicable)

510 King Street, Suite 416

Alexandria, VA 22314
Address

(703) 201-6031
Voice Phone

(703) 548-4742
Fax Number

ngoldman@goldmanvanbeek.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on May 22, 2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_Signature_                                                5-22-2017
                                                           Date

01/19/2016 SCC